```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LAFAYE GASKINS                  :       CIVIL ACTION

        vs.                     :

EDWARD KLEM, et al.             :       NO. 06-CV-1551
```

ORDER

   AND NOW, this 11th day of July, 2006 upon careful and independent consideration of the Petition for Writ of Habeas Corpus and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated June 22, 2006 and Petitioner's Objections thereto, it is hereby ORDERED that:

   1.  The Report and Recommendation is APPROVED and ADOPTED;

   2.  The Petition for Writ of Habeas Corpus is DENIED without prejudice and DISMISSED without an evidentiary hearing; and

   3.  There is no probable cause to issue a certificate of appealability.

                            BY THE COURT:


                            s/J. Curtis Joyner
                            J. CURTIS JOYNER, J.